**EXHIBIT 1**

**PAYMENT(S) TO BARNHART CRANE AND RIGGING CO., AS SUCCESSOR-IN-INTEREST TO BOLLMEIER CRANE A/K/A BOLLMEIER CRANE & LIFT
BY BDC GROUP, INC.**

| | | |
|---|---|---|
| 04.06.23 | $9,148.00 | Payment made with DIVVY credit card |