**EXHIBIT 2**

**PAYMENT(S) TO BARNHART CRANE AND RIGGING CO., by BDC GROUP, INC.**

05.12.23         $14,000.00         ACH Payment from BDC Bank account,
                                    recorded as BDC Group check #4006